HOLLAND & KNIGHT LLP
Matthew P. Vafidis [Bar No. 103578]
Tianjing Zhang [Bar No. 256759]
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile:  (415) 743-6910
email: matthew.vafidis@hklaw.com

Attorneys for Defendant and Counterclaimant
SELECTIVE WINE ESTATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOS LACHANCE WINES, LLC, a California Limited Liability Corporation.<br><br>Plaintiff,<br><br>vs.<br><br>SELECTIVE WINE ESTATES, INC., a New Jersey Corporation,<br><br>Defendant. | Case No.  CV 11 1848 LB<br><br>**STIPULATION OF DISMISSAL OF ACTION AND COUNTERCLAIM WITH PREJUDICE AND WITHOUT COSTS**<br><br>Fed R. Civ. P. 41(a)(1)(A)(ii) and<br>Fed R. Civ. P. 41(c)(1) |
| SELECTIVE WINE ESTATES, INC., a corporation,<br><br>Counterclaimant,<br><br>vs.<br>CLOS LaCHANCE WINES, LLC, a corporation,<br><br>Defendant on Counterclaim. | |

//

//

//

Pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(c)(1) of the Federal Rules of Civil Procedure, Plaintiff CLOS LACHANCE WINES, LLC and Defendant and Counterclaimant SELECTIVE WINE ESTATES, INC., by and through their respective counsel of record, hereby stipulate to the dismissal of this action without a court order.

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff CLOS LACHANCE WINES, LLC and Defendant and Counterclaimant SELECTIVE WINE ESTATES, INC. hereby stipulate to the dismissal of the action, said dismissal to be with prejudice and without costs. Said parties are the only parties who have appeared in the action.

Pursuant to Rule 41(c)(i), Defendant and Counterclaimant SELECTIVE WINE ESTATES, INC. hereby stipulates to the dismissal of the Counterclaim herein, said dismissal to be with prejudice and without costs. No responsive pleading has been filed to the Counterclaim.

SO STIPULATED.

Dated: July 25, 2011        HOLLAND & KNIGHT LLP


        /s/ Matthew P. Vafidis
        Matthew P. Vafidis

        Attorneys for Defendant and Counterclaimant
        SELECTIVE WINE ESTATES, INC.

Dated: July 27, 2011        KC BRANCH FIRM, A CALIFORNIA LAW FIRM


        KC Branch

        Attorneys for Plaintiff
        CLOS LACHANCE WINES LLC

#10478677_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910